IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO.: 1:04cr20-SPM

ERIC DUNCAN,

          Defendant.
_____/

## ORDER ENLARGING TIME TO VOLUNTARILY SURRENDER

        Pending before the Court is Defendant Eric Duncan's Motion to Enlarge

Time to Voluntarily Surrender to the Bureau of Prisons upon Stipulation of

Counsel (doc. 55).  Upon consideration, it is

        ORDERED AND ADJUDGED:

        1.        The motion (doc. 55) is granted.

        2.        Defendant shall voluntarily surrender  no later than 12 Noon on

Thursday, June 2, 2005.

         DONE AND ORDERED this 29th day of April, 2005.

                              _s/ Stephan P. Mickle_____
                              Stephan P. Mickle
                              United States District Judge